**GANONG LAW**
Philip W. Ganong, SBN 88414
924 Truxtun Avenue
P.O. Box 192 (93302)
Bakersfield, California 93301
Telephone: (661) 327-3337
Facsimile: (661) 327-3395

Attorneys for Plaintiffs Kulwinder Kaur, Charnpreet Singh and Jaspreet Singh

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER KAUR, CHARNPREET SINGH and JASPREET SINGH,<br><br>            Plaintiffs,<br><br>      v.<br><br>RAKWINDER SINGH, CLOUD 9 LOGISTICS and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.:  2:13-CV 00089 KJM-EFB<br><br>**ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

   The petition for order appointing Kulwinder Kaur as Guardian ad Litem for petitioner Jaspreet Singh is GRANTED.

DATED:  October 31, 2013.

_____
UNITED STATES DISTRICT JUDGE

1
**ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**