UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER KAUR, et al., | No. 2:13-cv-0089-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| RAKWINDER SINGH, et al., | |
| Defendants. | |

On December 3, 2014, this matter was before the court for hearing on plaintiffs' motion for default judgment against defendant Cloud 9 Logistics. Attorney Philip Ganong appeared on behalf of plaintiffs; attorney Grace Nguyen appeared telephonically on behalf of defendant Rakwinder Singh. No appearance was made by defendant Cloud 9 Logistics.

For the reasons stated on the record, plaintiffs are ordered to submit a supplemental brief by January 14, 2015, addressing the factors set for in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

So Ordered.

DATED: December 4, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE