UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWINDER KAUR, CHARNPREET SINGH and JASPREET SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>RAKWINDER SINGH, CLOUD 9 LOGISTICS and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:13-cv-00089-KJM-EFB<br><br><br>ORDER |

The status conference set for June 9, 2016 is VACATED. The case is STAYED pending the resolution of matters identified in plaintiff's further status report filed on June 2, 2016. *See* ECF 90. Until relieved of the obligation imposed by this order, plaintiffs are ordered to provide status reports within seven (7) days of each of the following, explaining the import of each concluded matter for this litigation: conclusion of the mediation conferences identified on page 4 of the status report, conclusion of the uninsured workers' compensation death claim pending before the California Department of Labor, and conclusion of the administrative law appeal of the wrongful death claim pending before the Washington Department of Labor and Industry.

IT IS SO ORDERED.

DATED: June 6, 2016.

_____
UNITED STATES DISTRICT JUDGE